**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **SINMIER, LLC,** <br>             **Plaintiff,** <br><br>    vs. <br><br> **VINTRO HOTELS & RESORTS OHIO LLC,** *et al.*, <br>             **Defendants.** | Case No. 3:19-cv-705 <br><br> JUDGE JAMES G. CARR <br><br><br> **PLAINTIFF'S JURISDICTIONAL STATEMENT** |

Pursuant to the Court's April 1, 2019 Order (ECF No. 4), Plaintiff Sinmier, LLC hereby provides this Jurisdictional Statement identifying the citizenship of each member and, as applicable, submember of Sinmier, LLC and Vintro Hotels & Resorts Ohio, LLC. Sinmier, LLC, a Michigan limited liability company, is owned 100% by Grewal Group, LLC, a Michigan limited liability company. Grewal Group, LLC is owned 99% by Pargat S. Grewal, a citizen and resident of the State of Michigan, and 1% by PSG Family, LLC, a Michigan limited liability company. Upon information and belief, based upon Plaintiff's review of the Operating Agreement for Vintro Hotels & Resorts Ohio LLC, that entity is an Ohio limited liability company organized as a single member LLC with Inderjit Grewal as the sole member. Upon information and belief, Inderjit Grewal is a citizen and resident of the State of Ohio.

Respectfully submitted,

/s/ *H. Toby Schisler*
H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax:     (513) 977-8141
toby.schisler@dinsmore.com
***Attorney for Plaintiff***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following parties by regular U.S. Mail this 10th day of April, 2019:

**VINTRO HOTELS & RESORTS OHIO LLC**
5513 Milan Road
Sandusky, OH 44870

**INDERJIT GREWAL**
5513 Milan Road
Sandusky, OH 4487

/s/ *H. Toby Schisler*

14827920.1

2