"

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SINMIER, LLC,**

          **Plaintiff,**

vs.

**VINTRO HOTELS & RESORTS OHIO LLC,** *etal.*,

          **Defendants.**

Case No. 3:19-cv-705

JUDGE JAMES G. CARR
MAGISTRATE JUDGE JAMES R KNEPP, II

**AGREED JUDGMENT ORDER**

By agreement of the parties, judgment is hereby entered in favor of Plaintiff Sinmier, LLC on Plaintiffs First Amended Complaint against Defendants Vintro Hotels & Resorts Ohio, LLC and Inderjit Grewal, jointly and severally, in the amount of $627,375.00.

SO ORDERED.

          s/James G. Carr
          Sr. U.S. District Judge

| | |
|---|---|
| *Isl* **H. Toby Schisler** | *Isl* **Steven B. Potter** |
| H. Toby Schisler, Esq. (0068306) | Steven B. Potter, Esq. (0001513) |
| **DINSMORE & SHOHL, LLP** | DINN, HOCHMAN & POITER, LLC |
| 255 East Fifth Street, Suite 1900 | 5910 Landerbrook Drive, Suite 200 |
| Cincinnati, Ohio 45202 | Cleveland, OH 44124 |
| Phone: (513) 977-8200 | spotter@dhplaw.com |
| Fax: (513) 977-8141 | *Attorney for Defendants Vintro Hotels* |
| toby.schisler@dinsmore.com | *&Resorts Ohio LLC and Inderjit Grewal* |
| *Attorney for Plaint(ff'Sinmier, LLC* | |

**EXHIBIT 1**